STATE OF NEW JERSEY v. ANTHONY OCELLO.

February 28, 1978. Petition for certification denied.

EMORY JOHNSON v. GARY HILTON.

February 28, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. BOBBY CHRISTIAN.

February 28, 1978. Petition for certification denied.

MARY F. JOHNSON v. EASTERN SCHOKBETON, INC.

February 28, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD L. GREENBERG.

February 28, 1978. Petition for certification denied. (See 154 *N. J. Super.* 564)

JUNE DECKER v.
BOARD OF EDUCATION OF THE CITY OF ELIZABETH.

February 28, 1978. Petition for certification denied. (See 153 *N. J. Super.* 470)